NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000344
18-AUG-2015
08:43 AM

NO. CAAP-15-0000344

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRADLEY K. APAO and CAMIE K. APAO, Plaintiffs-Appellees,
v.
RAYMOND FONOTI and ERLENE FONOTI, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KOʻOLAUPOKO DIVISION
(DISTRICT CIVIL NO. 1RC15-1-0594)

ORDER APPROVING THE AUGUST 10, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation) filed on August 10, 2015 by Defendants-Appellants Raymond Fonoti and Erlene Fonoti, and the records and files herein, it appears that the instant appeal has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawaiʻi Rules of Appellate Procedure (HRAP). Therefore, pursuant to HRAP Rule 42(a), which is applicable to dismissal of an appeal prior to docketing,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaii, August 18, 2015.

Chief Judge

Associate Judge

Associate Judge